CMR: USAO#2018R00771

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RDB-19-0233 |
| | * | |
| RONNIE JULIAN BIVENS | * | (Conspiracy to Distribute and Possess |
| a/k/a "Jewels," | * | with Intent to Distribute Fentanyl and |
| | * | Cocaine, 21 U.S.C. § 846; Distribution |
| | * | of Fentanyl and Cocaine, 21 U.S.C. § |
| Defendant. | * | 841) |
| | * | |
| | * | |

## SUPERSEDING INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with
Intent to Distribute Fentanyl and Cocaine)

The Grand Jury for the District of Maryland charges that from in or about January 2017 to in or about March 2019, in the District of Maryland and elsewhere, the defendant,

**RONNIE JULIAN BIVENS,**

the defendant herein, did knowingly, willfully, and unlawfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, and a mixture or substance containing a detectable amount of cocaine, both being Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846.
21 U.S.C. § 841(b)(1)(B).

## COUNT TWO
### (Distribution of Fentanyl and Cocaine)

The Grand Jury for the District of Maryland further charges that on or about July 4, 2018, in the District of Maryland, the defendant,

**RONNIE JULIAN BIVENS,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, and a mixture or substance containing a detectable amount of cocaine, both being Schedule II controlled substances, in violation of 21 U.S.C. § 841(a).

21 U.S.C. § 841(a) & (b).

_Robert K. Hur_
Robert K. Hur
United States Attorney

A TRUE BILL

SIGNATURE REDACTED
Foreperson
Date: 20 AUG 19

2